Peggy J. TAYLOE, Respondent,

v.

PARKWAY SCHOOL DISTRICT,
Appellant,

and

Treasurer of the State of Missouri,
Respondent.

No. 67663.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 26, 1995.

Kim M. Fenton, Evans & Dixon, St. Louis, for appellant.

John J. Larsen, Jr., Larsen & Larsen, St. Louis, for respondent Peggy J. Tayloe.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Laura J. Newberry, Asst. Atty. Gen., St. Louis, for respondent Treasurer of the State of Mo.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

*MEMORANDUM DECISION*

Employer appeals from award by the Labor and Industrial Relations Commission of permanent and total disability of employee as a result of an injury to her right knee while engaged in her employment as a bus driver. The award of the Commission is supported by competent and substantial evidence on the whole record. No error of law appears. An opinion would have no precedential value.

Award of the Commission is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Duane SIMMONS, Appellant.

Duane SIMMONS, Appellant,

v.

STATE of Missouri, Respondent,

Nos. 64938, 67125.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant was convicted of murder in the second degree, in violation of § 565.021 RSMo 1994, assault in the first degree, § 565.050, and two counts of armed criminal action, § 571.015. Defendant was sentenced to two consecutive life terms imprisonment. Defendant appeals the judgment and sentence and the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rules 30.25(b) and 84.16(b).